**SOUTHERN BLOWPIPE & ROOFING COMPANY and E. J. Hopton, Plaintiffs-Appellants,**

v.

**CHATTANOOGA GAS COMPANY, Defendant-Appellee.**

**No. 17870.**

United States Court of Appeals Sixth Circuit.

April 17, 1968.

Certiorari Denied Oct. 14, 1968.

See 89 S.Ct. 126.

John I. Foster, Jr., and Sizer Chambliss, Chattanooga, Tenn., for appellants.

W. D. Spears, Chattanooga, Tenn., and Jack Wilson, Nashville, Tenn., Spears, Moore, Rebman & Williams, Chattanooga, Tenn., of counsel, for appellee.

Before WEICK, Chief Judge, and EDWARDS and PECK, Circuit Judges.

### ORDER

There being substantial evidence to uphold the special jury verdicts and the judgment of the United States District Court for the Eastern District of Tennessee, Southern Division, the judgment is hereby affirmed.

**In the Matter of the DANIA CORPORATION INTERNATIONAL BANK OF MIAMI, Appellant,**

v.

**J. H. BROCK, Trustee, and the Dania Corporation, Debtor, Appellees.**

**No. 24638.**

United States Court of Appeals Fifth Circuit.

Nov. 5, 1968.

Sam I. Silver, Miami, Fla., for appellant.

Irving M. Wolff, John H. Gunn, Thomas H. Wakefield, Earl D. Waldin, Jr., Miami, Fla., for appellees.

Pallot, Silver, Pallot, Stern & Proby, Miami, Fla., for respondent.

Before GEWIN, BELL and DYER, Circuit Judges.

PER CURIAM:

No prejudice having accrued to the appellant from the order of the District Court concerning the Dania Bank stock hypothecated as collateral for the loan by International Bank of Miami to The Wingreen Company, the judgment appealed from is

Affirmed.